UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                              |   |                              |
|------------------------------|---|------------------------------|
| LIVE365, INC.,               | ) |                              |
|   Plaintiff,                 | ) |                              |
|   v.                         | ) | Civil Action No. 09cv01662 (RBW) |
| COPYRIGHT ROYALTY BOARD, et al., | ) |                          |
|   Defendants.                | ) |                              |

## ORDER

The plaintiff, LIVE365, Inc., through counsel, has filed a motion requesting a preliminary injunction staying proceedings being held currently "before the Copyright Royalty Board (['CRB']) and it Judges," in the following case: <u>In The Matter of Digital Performance Right In Sound Recordings and Ephemeral Recordings</u>, Docket No. 2009. The defendants are advised that the Court shall hold a hearing in this case and make a ruling, taking into consideration the facts proffered in the motion, along with the defendants' opposition or response to the motion if any is filed. Accordingly, it is hereby

**ORDERED** that, no later than September 14, 2009, the defendants shall file their opposition or response to the plaintiff's motion if any they intend to file. It is further

**ORDERED** that, no later than September 21, 2009, at 12:00 p.m., the plaintiff shall file its reply, if any, to the opposition. It is further

**ORDERED** that a hearing on this matter shall be held on September 22, 2009, at 9:00 a.m. in courtroom 16 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

**SO ORDERED** on this 4th day of September, 2009.


                                                REGGIE B. WALTON
                                                United States District Judge